UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DOROTHY A. PIERCE,<br><br>  Plaintiff,<br><br>vs.<br><br>NELSON C. FRINK, M.D.; COOK INCORPORATED; COOK INCORPORATED a/k/a COOK MEDICAL INCORPORATED; COOK GROUP INCORPORATED; COOK MEDICAL, LLC; and DOES 1 through 60,<br><br>  Defendants. | Case No.: 2:17-CV-01731-WBS-DB<br><br>Hon. William B. Shubb<br><br>**ORDER ON JOINT STIPULATION CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO REMAND IN ORDER TO ALLOW ALL RELATED MOTIONS TO BE HEARD ON THE SAME DATE**<br><br>Complaint Filed:  July 20, 2017<br>Date Removed:   August 18, 2017 |

# **ORDER**

The Court, having considered the Joint Stipulation Continuing Hearing Date on Plaintiff's Motion to Remand in Order to Allow All Related Motions to be Heard on the Same Date, HEREBY ORDERS that:

1. The Court accepts and approves of the stipulation;
2. The hearing on Plaintiff's motion to remand currently scheduled for October 16, 2017, at 1:30 p.m., is continued to October 30, 2017, at 1:30 p.m. to allow all related motions to be heard on the same date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 29, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 11766 Wilshire Boulevard, Suite 750; Los Angeles, CA 90025. On August 29, 2017, I served a copy of the within document(s):

**[PROPOSED] ORDER ON JOINT STIPULATION CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO REMAND IN ORDER TO ALLOW ALL RELATED MOTIONS TO BE HEARD ON THE SAME DATE**

☒☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed Federal Express overnight delivery envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| David P. Matthews<br>Matthews & Associates<br>2509 Sackett Street<br>Houston, TX 77098<br>Email: dmatthews@thematthewslawfirm.com | *Attorneys for Plaintiff* |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 29, 2017, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                       /s/ Lorena Lazheztter
                                       Lorena Lazheztter