



**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FILED**
4:39 pm, Nov 08, 2017
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

**IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

MDL No. 2570

(SEE ATTACHED SCHEDULE)

**FILED**
Nov 16, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER LIFTING CONDITIONAL TRANSFER ORDERS AND VACATING THE NOVEMBER 30, 2017, HEARING SESSION ORDER

Conditional transfer orders were filed in the actions on the attached schedule on August 22 and 29, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in the actions filed a notice of opposition to the proposed transfers. Plaintiffs later filed a motion and brief to vacate the conditional transfer orders. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stays of the Panel's conditional transfer orders designated as "CTO-50 and 52" filed on August 22 and 29, 2017, are LIFTED. The actions are transferred to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard L. Young.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 17, 2017, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION — MDL No. 2570

## SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | SD/IN Cause No. 1:17-6082-RLY-TAB |
| CAC | 2 | 17–06351 | Janet Tew v. Kevin Rice et al |
| CALIFORNIA EASTERN | | | SD/IN Cause No. 1:17-cv-06083-RLY-TAB |
| CAE | 2 | 17–01731 | Pierce v. Frink et al |